SHAFFER v. EMMONS. (Supreme Court, Appellate Division. First Department. December 16, 1904.) Action by Anthony Shaffer against James G. Emmons. No opinion. Motion denied, upon payment of $10 costs.